ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
U.S. Bank National Association, as Trustee for
the Certificateholders of Harborview Mortgage
Loan Trust 2005-08, Mortgage Loan Pass-
Through Certificates, Series 2005-08*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08, | Case No.: 2:16-cv-01385-GMN-CWH |
| | **STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE SUMMARY JUDGMENT MOTION** |
| Plaintiff, | |
| vs. | **[FIRST REQUEST]** |
| HERITAGE ESTATES HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08; DANUTA CHORZEPA, an individual; and TADEUSZ CHORZEPA, an individual, | |
| Counter/Cross Defendants. | |

45731667;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08, and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate as follows:

1.      SFR moved for summary judgment on June 19, 2018.  (Doc. No. 80.)  The deadline for filing oppositions is July 10, 2018.

2.      The parties stipulate to extending the deadline to oppose SFR's motion for summary judgment by fourteen days, to July 24, 2018, to allow the additional time to prepare BANA's briefing in light of the intervening Fourth of July holiday.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

45731667;1

3. This is the parties' first request to extend the opposition briefing deadline, and is not made to cause delay or prejudice to any party.

This the 9th day of July, 2018.

AKERMAN LLP

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Lynne K. McChrystal*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for defendant Heritage Estates Homeowners' Association*

This the 9th day of July, 2018.

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

## ORDER

IT IS SO ORDERED.

DATED this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

45731667;1