ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
U.S. Bank National Association, as Trustee for
the Certificateholders of Harborview Mortgage
Loan Trust 2005-08, Mortgage Loan Pass-
Through Certificates, Series 2005-08*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08, | Case No.: 2:16-cv-01385-GMN-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT MOTION** |
| vs. | **[FIRST REQUEST]** |
| HERITAGE ESTATES HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08; DANUTA CHORZEPA, an individual; and TADEUSZ CHORZEPA, an individual, | |
| Counter/Cross Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46104428;1

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08, and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate as follows:

1.  U.S. Bank moved for partial summary judgment on July 23, 2018.  (Doc. No. 87.)

2.  SFR filed its response to U.S. Bank's partial summary judgment on August 6, 2018.  (Doc. No. 90.)  The deadline for U.S. Bank to file its reply in support its motion for summary judgment and in response to SFR's opposition is August 20, 2018.

3.  Heritage Estates Homeowners Association filed its opposition to U.S. Bank's summary judgment motion on August 13, 2018.  (Doc. No. 83.)  The deadline for U.S. Bank to file its reply in support its motion for summary judgment and in response to Heritage Estates' opposition is August 27, 2018.

4.  The parties stipulate to extending the deadline to file a reply in support of U.S. Bank's motion for summary judgment and in response to SFR's opposition by seven days, to August 27, 2018, to allow U.S. Bank to file one reply addressing both SFR's and Heritage Estates' oppositions.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

46104428;1

5.    This is the parties' first request to extend the reply briefing deadline, and is not made to cause delay or prejudice to any party.

This the 17th day of August, 2018.

This the 17th day of August, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Lynne K. McChrystal*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for defendant Heritage Estates Homeowners' Association*

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

**ORDER**

   **IT IS SO ORDERED.**

DATED this ___21___ day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

46104428;1