ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificateholders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08,<br><br>Plaintiff,<br>vs.<br><br>HERITAGE ESTATES HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01385-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO HERITAGE ESTATES HOMEOWNERS' ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 92]**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST 2005-08, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-08; DANUTA CHORZEPA, an individual; and TADEUSZ CHORZEPA, an individual,<br><br>Counter/Cross Defendants. | |

1

46265969;1

Plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08, and defendant, defendant Heritage Estates Homeowners Association stipulate as follows:

1. Heritage Estates Homeowners Association filed its motion for summary judgment on August 13, 2018. (Doc. No. 92.) The deadline for U.S. Bank to file its opposition to Heritage Estates' motion for summary judgment is September 4, 2018.

2. The parties stipulate to extending U.S. Bank's deadline to file an opposition to Heritage Estates' motion for summary judgment by fourteen days, to September 18, 2018.

3. The parties further stipulate to extending Heritage Estates' deadline to file a reply in support of its motion for summary judgment by fourteen days, to October 2, 2018.

. . .

46265969;1

4. This is the parties' first request to extend the opposition briefing deadline, and is not made to cause delay or prejudice to any party.

This the 31st day of August, 2018.

**AKERMAN LLP**

 */s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant U.S. Bank National Association, as Trustee for the Certificate Holders of Harborview Mortgage Loan Trust 2005-08, Mortgage Loan Pass-Through Certificates, Series 2005-08*

This the 31st day of August, 2018.

**GORDON REES SCULLY MANSUKHANI, LLP**

 */s/ Lynne K. McChrystal*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for defendant Heritage Estates Homeowners' Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this  16  day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3